Alexander GUTTMAN, Plaintiff-Appellee, v.
UNITED FIG & DATE COMPANY, Inc.,
Defendant-Appellant.

Circuit Court of Appeals, Second Circuit.
April 1, 1929.

No. 232.

Sullivan & Cromwell, of New York City
(E. H. Sykes, of New York City, of coun-
sel), for appellant.

Cardozo & Nathan, of New York City
(Edgar J. Nathan, of New York City, of
counsel), for appellee.

1014

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.